IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

WILLIAM HOPSON,

        Plaintiff,         No. 2:13-cv-01561-KJM-DAD

  vs.

LUIS ANGEL RAMIREZ GOMEZ,
FRANK KAPINIARIS,

        Defendants.         <u>ORDER TO SHOW CAUSE</u>

_____/

        On December 6, 2013, the court vacated the pretrial scheduling conference because the parties had not submitted a joint status report. (ECF 6.) Resetting the conference for January 23, 2014, the court noted that it may impose sanctions if the parties do not comply with the court's order to file a joint status report by January 16, 2014. (*Id.*) To date, the parties still have not filed a status report. Nor have defendants filed an answer, even though they were served on July 31, 2013. (ECF 4.)

        Accordingly, the court orders plaintiff's counsel and defendants' counsel separately to show cause why they should not be sanctioned—including with a monetary sanction or with dismissal of this case—for failure to prosecute and for not complying with this court's orders. Counsel shall respond within seven days of this order.

1

1   IT IS SO ORDERED.
2  DATED: January 22, 2014.

_____
UNITED STATES DISTRICT JUDGE