UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPSON, | No. 2:13-cv-01561-KJM-DAD |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| LUIS ANGEL RAMIREZ GOMEZ, et al., | |
| Defendants. | |

In its previous order to show cause, the court stated that defendants had been served on July 31, 2013. ECF No. 8. Responding, plaintiff filed a declaration attesting that as of January 29, 2014, "plaintiff's process server was still attempting to perfect service." Malakauskas Decl. ¶ 2, ECF No. 9. The January 23, 2014 order is therefore discharged.

Federal Rule of Civil Procedure 4(m) requires, however, that the court dismiss defendants who have not been served within 120 days of the filing of the complaint, unless plaintiff shows good cause. Here, plaintiff filed the complaint on July 30, 2013, *see generally* Compl., ECF No. 1, and the 120-day period elapsed on November 27, 2013. Accordingly, the court orders plaintiff to show cause, within seven days of the date of this order, for his failure to timely effect service. Absent such a showing, the action will be dismissed.

IT IS SO ORDERED.

DATED: February 7, 2014.

_____
UNITED STATES DISTRICT JUDGE

1